FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 MAR 27 AM 9: 52

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'17 - CV - 00759**
(To be supplied by the court)

Robert Paul Hatchett, III
   Plaintiff,

v.

Jacques A. Machol, III
   Defendant.

## TITLE VII COMPLAINT

### PARTIES

1. Plaintiff __Robert Paul Hatchett__ is a citizen of __Colorado__ who presently resides at the following address: __456 Ironton St, Aurora, CO 80012__ #203

2. Defendant __Jacques A. Machol, III__ lives at or is located at the following address: __700 17th Place, Suite 200, Denver, Co 80202__

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:

(Rev. 07/06)

6. Jurisdiction also is asserted pursuant to the following statutory authority:

   _____ Physical Address _____

   **ADMINISTRATIVE PROCEDURES**

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on _____ (date) regarding the alleged discriminatory conduct by Defendant(s).

8. Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on _____ (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

**NATURE OF THE CASE**

9. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

   _____ Race        ___ Color            _____ Religion

   _____ Sex         ___ National Origin

   _____ Other (please specify) _____

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    _____ Failure to hire

    _____ Failure to promote

    _____ Demotion/discharge from employment

    _____ Other (please specify) _____

(Rev. 07/06)

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages. Alternatively, you may attach to the complaint a copy of the charge of discrimination you submitted to the Equal Employment Opportunity Commission.)

Allegations: 15 (U.S.C. 1692-1692p)
1. Accounting & Bookkeeping Errors
2. Abuse of Power
3. Abuse of the System
4. Bankruptcy Due To Financial Fraud
5. Financial Fraud For Personal Gain
6. Filing Illegal Documents
7. Illegal Revival of Judgement
8. Inaccurate Accting & Bookkeeping
9. Multi-Judgements
10. Statute of Limitations
11. Substition of Counsel
12. Unfair & Illegal Business Practices
13. Theft
14. Unreported Cash

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Time Line: Charles Darrah & Associates
2003--Charles Darrah & Assoicates aqcuire debt
2004--First contact with Charles Darrah & Associates  *ordered*
2004--Original Judgement $5,142.16
2004--2012 Wage Granishment -$20,000.00
2004--2016 All motion deined by Judge Tammy Greene
2005--Money from my bank acct redirected in Jeffeco Court Registry. Funds never deducted from balance due.
2006--Statutue of Limitations


Time Line : Machol & Johannes, LLC
2009--Illegal Order for Revival of judgement
2010--Judgement Revived (balance, fees, service cost all incrased 3x)
2010--Statutue of Limitations
2012--Substituion of Counsel,
2012--2016 Wage Garnishment (lost more than $6,000)
2013--Writ of Cont. Garnishment
2013--Bankruptcy Petition Submitted...14-22984-EEB
2016--Contact by Colorado Legal Services
2016--Case Dimissed

(Rev. 07/06)                                 4

# THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. Accounting & Bookkeeping Errors...15 U.S.C. E 1666 Corrections of Billing Errors

2. Abuse of Power (accessing court documents/system), misleading and misrepresenting themselves. U.S.C. 1692e (6)(a)

3. Abuse Of The System (conspiring with Charles Darrah & Assoicates to commit financial fraud.... U.S.C. 1692 e(f)(10)

4. Bankruptcy Due to Financial Fraud.......U.S.C. 1692e(f)

5. Financial Fraud For Personal Gain ....U.S.C. 1692e(10)(f)

6. Filing Illegal Documents.......U.S.C. 1692(9)

7. Illegal Revival of Judgement......U.S.C. Rule 54(h), 354(h)

8. Accting & Bookkeeping Errors.......U.S.C. 1692e(10)

9. Multi-Judgements..........U.S.C. 1692 (10)(f)

10. Statute of Limitations........15 U.S.C 1692n - Relation to State laws

11. Substitution of Counsel........U.S.C. 1692e(f)

12. Unfair & Illegal Business Practices.......U.S.C. 1692(f)

13. Theft.......U.S.C. 1692e(f)(10)

14. Unreported Cash Payments.........U.S.C. 1692e(10)

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Two of the most common effects of financial stress are anxiety and depression. These two conditions usually go hand-in-hand. Each one is a debilitating condition that makes it hard to focus at work, spend time with your family, and keep up with your bills and other financial responsibilities. The stress of having too much credit card debt, college loan payments, or medical bills can weigh on a person and cause severe anxiety and depression.

Stressing over to much debt can cause life threating conditions. Each one presents their owe set of debilitating effects. Leaving to loneliness, isolation, and bouts of depression or anxiety.
I'm seeking $17,000,000. in dmages. One million for every year of my life the took from me. Time Ill never get back.

Date: Jan 20, 2012

_____
(Plaintiff's Original Signature)

456 S. Ironton St.
(Street Address)

Aurora, Co 80012
(City, State, ZIP)

303-319-4822
(Telephone Number)