**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00759-LTB

ROBERT PAUL HATCHETT, III,

    Plaintiff,

v.

JACQUES A.MACHOL, III,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 6, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 6th day of June, 2017.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/D. Kalsow
                      Deputy Clerk